# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHEIDA HUKMAN,

    Plaintiff(s),

v.

ED'S STATIONS, INC.,

    Defendant(s).

Case No. 2:24-cv-01738-JAD-EJY

**Order**

The undersigned has been assigned to this case as the evaluating judge with respect to the early neutral evaluation program. Docket No. 3. The local rules provide as follows:

> The evaluating magistrate judge has final authority to grant or deny any motion requesting exemption from the program and may exempt any case from early neutral evaluation on the judge's own motion. These orders are not appealable.

Local Rule 16-6(c). The Court ordered the parties to show cause why this case should not be exempted from the early neutral evaluation program, Docket No. 5, and the parties have filed responses, Docket Nos. 7, 9-10. The Court finds that this case should be exempted from the early neutral evaluation program, so an early neutral evaluation will not be held. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the docket and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: September 24, 2024

                                                                         Nancy J. Koppe
                                                                         United States Magistrate Judge