**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sheida Hukman, | Case No. 2:24-cv-01738-JAD-EJY |
| Plaintiff | |
| v. | **Order Granting Request for Extension of Time** |
| Ed's Station, Inc., | |
| Defendant | ECF No. 16 |

Good cause appearing, IT IS ORDERED that Plaintiff Sheida Hukman's request to extend the deadline to file a response to the defendant's motion to dismiss **[ECF No. 16] is GRANTED; Hukman's response to the motion to dismiss [ECF No. 13] is now due by October 21, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
October 8, 2024